## Commonweath *v.* Gordon, Appellant.

Submitted December 2, 1974. *Eugene H. Clarke, Jr.,* for appellant; *Isador Kranzel, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.